JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiff
YOUR BABY CAN, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUR BABY CAN, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> R AND A THE GIFT SPOT, a Business Entity of Unknown Status, et al., <br><br> Defendants. | Case No.:  CV10-00293 R (CWx) <br><br> **JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Plaintiff, YOUR BABY CAN, LLC, is hereby awarded final judgment on its claims for relief against Defendant R AND A THE GIFT SPOT in the sum of $6,000.00 (17 *U.S.C.* §504(c)(1)), as the prevailing party in this action, pursuant to Rule 55(b) of the *Federal Rules of Civil Procedure* and under Local Rule 55-1.

1  Under Local Rule 55-3, Plaintiff is awarded attorneys' fees of $500.00. Plaintiff is
2  further awarded costs of $897.13, pursuant to the *Copyright Act*, 17 *U.S.C.* §
3  504(c), to be determined by the Notice of Application to the Clerk to Tax Costs
4  within fifteen (15) days after the entry of judgment.

5       Furthermore, Defendant is permanently enjoined and restrained from the
6  following activities and conduct and ordered as follows:

7       a. Defendant is enjoined and permanently restrained from
8  manufacturing, advertising, distributing, offering for sale, selling,
9  whether directly or indirectly, counterfeit YOUR BABY CAN® brand
10  merchandise of any kind bearing Plaintiff's marks or names, including
11  but not limited to YOUR BABY CAN READ!® DVDs and products,
12  that are confusingly similar to the trademarks, trade names, designs or
13  logos of Plaintiff;

14       b. Defendant is enjoined and permanently restrained from using
15  Plaintiff's marks or any copy, reproduction, or colorable imitation, or
16  confusingly similar simulation of Plaintiff's marks on or in connection
17  with the promotion, advertising, distribution, manufacture or sale of
18  Defendant's goods;

19       c. Defendant is ordered to cancel, withdraw and recall all its
20  promotions, advertisements and merchandise bearing Plaintiff's marks
21  or any confusingly similar simulation to Plaintiff's marks, which have
22  been published, placed or shipped by Defendant or under Defendant's
23  authority, to any person, entity, or customer, including, without
24  limitation, any publisher, agency, wholesaler, distributor, retailer,
25  consignor or marketer, and also deliver to each publisher or customer
26  ///
27  ///
28  ///

a copy of this Court's order as it relates to said injunctive relief against Defendant.

IT IS SO ORDERED, ADJUDICATED and DECREED this 25th day of February, 2011.

_____
HON. MANUEL L. REAL
United States District Judge

- 3 -
**[PROPOSED] JUDGMENT**